UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

ALLIED SERVICES DIVISION
WELFARE FUND, et al,

    Plaintiffs,

v.

PFIZER, INC.,

    Defendant.                             No. 12-cv-764-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court on Stipulation for Dismissal executed by plaintiffs and defendant.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order terminating the Intervenor, Novartis Pharmaceuticals Corporation, entered on December 28, 2012 (Doc. 42) and the Order Dismissing Case entered on April 2, 2014 (Doc. 92), this case is **DISMISSED** with prejudice.

                                               NANCY J. ROSENSTENGEL,
                                               CLERK OF COURT

                                               BY:     /s/*Sara Jennings*
                                                             Deputy Clerk

Dated: April 3, 2014

Digitally signed by David R. Herndon
Date: 2014.04.03 15:01:37 -05'00'

**APPROVED:**
          **CHIEF JUDGE**
          **U. S. DISTRICT COURT**